1

2

3                 UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5                      SAN JOSE DIVISION

6

7   PORRAS,                              Case No.  15-cv-01009-BLF

           Plaintiff,

8
       v.                               **ORDER GRANTING APPELLANT'S
9                                        MOTION TO DISMISS APPEAL**

10  MORAN LAW GROUP,                     [Re: ECF 12, 13]

           Defendant.

11

12

13        The Court is in receipt of *pro se* appellant Carlos Porras's "Notice of Voluntar[y]

14  Dismissal of Appeal," filed with this Court and with the Bankruptcy Court on May 27, 2015.  ECF

15  12, 13.  The Court construes this notice as Appellant's motion to dismiss the appeal.  Federal Rule

16  of Bankruptcy Procedure 8023 provides that "[a]n appeal may be dismissed on the appellant's

17  motion on terms . . . fixed by the district court or BAP."  After reviewing Appellant's filing, the

18  Court finds good cause to GRANT the motion to dismiss.

19        It is hereby ordered that the appeal in this action is DISMISSED, with each party bearing

20  its own fees and costs on the appeal.  The Clerk of the Court shall close the case file.

21        **IT IS SO ORDERED.**

22  Dated: May 29, 2015

23

                                        _____
24                                      BETH LABSON FREEMAN
                                        United States District Judge

25

26

27

28

United States District Court
Northern District of California